**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TARA ANN REYNOLDS,

                Plaintiff,                          15 **CIVIL** 812 (LMS)

       -against-                             **JUDGMENT**

ANDREW M. SAUL, COMMISSIONER OF
THE SOCIAL SECURITY
ADMINISTRATION,
                Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated September 4, 2020, Plaintiff's motion for judgment on the pleadings is granted and Commissioner's motion for judgment on the pleadings is denied; this case is remanded to the Commissioner for further proceedings consistent with this court's Opinion.

**Dated:** New York, New York
           September 8, 2020

                                                   **RUBY J. KRAJICK**
                                              _____
                                                    **Clerk of Court**
                                   **BY:**
                                                      **Deputy Clerk**